RECEIVED

OCT 0 4 2021

BY MAIL

IN THE UNITED STATES 8th DISTRICT COURT

FOR STATE OF MISSOURI

IN THE MATTER OF

CONSPIRACY TO CRIMINAL TRESPASS ON FEDERAL CONTRACT ;

CRIMINAL EXTRA -TERRITORIAL INVASION ACT:


ROYAL CONTINENTAL NUBIAN SUDAN GOVERNMENT;  HIS MAJESTY LORD

PUNCHALL, GLOBAL SOUTHERN HEMISPHERE UNION,

PLAINTIFF

                    Vs,

U. S.  9 th District COURT Judge JGZ ; U.S. 9TH DISTRICT COURT/ RECORD PROPER,

( U. S. BUREAU OF LAND MANAGEMENT(Santa Fe, NM, Division);    STATE OF NEW

MEXICO ; LUNA COUNTY COMMISSION;    NEW MEXICO'S GOVERNOR MESHELL

L. GRISHAM (SUSANN MARTINES);  DEMING CITY COMMISSION BOARD  ),

RESPONDENT.

CLASS  ACTION COMPLAINT:  WRIT OF  HABE'ER  FA'CIAS  SEISI'NAM; WRIT

OF HABEAS CORPES

        COME NOW, THE PLAINTIFFS in the above named case and style moving the

HONORABLE 8TH District Court with a  GOOD PROBABLE CAUSE  CLASS

ACTION COMPLAINT WRIT .

COURTS JURISDICTION: ARTICLE III., Sec. 2., Paragraf 2.; FSIA JURISDICTION

A.            THE Court has jurisdiction in this matter pursuant to : The Foreign

Sovereign Immensities  Act of1976 (FSIA); violation of the 14th Amendment,Section 5.

(Attempted Property Deprivation ),( Violation of Establish U.S. Court Conduct Rule against

Personal  wrongful Conduct : FOREJUDGER Act);   Violation of the 4th.

Amendment  (unreasonable Seizure of Federal Mining Lease Contracted PROPERTY);  Violation

of the 5 th Amendment; 18 USCA 242.

1     **IN THE UNITED STATES 8th DISTRICT COURT**

2      **FOR  STATE OF MISSOURI**

3 **IN THE MATTER OF**

4 **CONSPIRACY TO CRIMINAL TRESPASS ON FEDERAL CONTRACT ;**

5 **CRIMINAL EXTRA -TERRITORIAL INVASION ACT:**

6 **ROYAL CONTINENTAL NUBIAN SUDAN GOVERNMENT;  HIS MAJESTY LORD**

7 **PUNCHALL, GLOBAL SOUTHERN HEMISPHERE UNION,**

8 **PLAINTIFF**

9    **Vs,**

10 **U. S.  9 th District COURT Judge JGZ ; U.S. 9TH DISTRICT COURT/ RECORD PROPER,**

11 **( U. S. BUREAU OF LAND MANAGEMENT(Santa Fe, NM, Division);    STATE OF NEW**

12 **MEXICO ; LUNA COUNTY COMMISSION;    NEW MEXICO'S GOVERNOR MESHELL**

13 **L. GRISHAM (SUSANN MARTINES);  DEMING CITY COMMISSION BOARD ),**

14 **RESPONDENT.**

15 **CLASS  ACTION COMPLAINT:  WRIT OF  HABE'ER  FA'CIAS  SEISI'NAM; WRIT**

16 **OF HABEAS CORPES**

17    **COME NOW, THE PLAINTIFFS in the above named case and style** moving the

18 **HONORABLE 8TH District Court with a  GOOD PROBABLE CAUSE  CLASS**

19 **ACTION COMPLAINT WRIT .**

20

21 **COURTS JURISDICTION: ARTICLE III., Sec. 2., Paragraf 2.; FSIA JURISDICTION**

22 **A.**    **THE Court has jurisdiction in this matter pursuant to : The Foreign**

23 **Sovereign Immensities  Act of1976 (FSIA)**; violation of the **14th Amendment,Section** 5.

24 (Attempted Property Deprivation ),( Violation of Establish U.S. Court Conduct Rule against

25 Personal  wrongful Conduct : FOREJUDGER Act);   Violation of the 4th

26 Amendment  (unreasonable Seizure of Federal Mining Lease Contracted **PROPERTY**);  Violation

27 of the **5 th Amendment**; *18 USCA 242.*

28        (1)

1

1          <u>**PARTIES TO THE  CASE**</u>


1          <u>**RESPONDENT**</u>
2          **HONORABLE JUDGE J G. Z**            **<> U. S. 9TH DISTRICT COURT/ RECORD**
3          **UNITED STATES 9TH DISTRICT COURT**   **<> PROPER**
4          **405 WEST CONGRESS STREET**           **<> 405 w. CONGRESS STREET**
5          **TUCSON,  ARIZONA 85701**             **<> TUCSON, AZ, 85701**
6          **(520)-205-4200**                     **<> (520)-205-4200**
7          _____

8          <u>**PLAINTIFFS**</u>
9          **HIS MAJESTY LORD PUNCHALL**
10         **ROYAL CONTINTENTAL NUBIAN SUDAN GOVERNMENT**
11         **702 WEST FIRST STREET**
12         **DEMING, NEW MEXICO 88030, U. S. A.**
13         **punchardwilliamlord@Gmail.com/(575)-694-4385**
14         _____

15         **ROYAL CONTINENTAL NUBIAN SUDAN GOVERNMENT**
16         **ROYAL NUBIAN SUDAN EMBASSY #15.**
17         **702 WEST FIRST STREET**
18         **DEMING, NEW MEXICO 88030, U. S. A.**
19         **pimchardwilliamlord@Gmail.com/(575)-694-4385**
20         _____

21         **GLOBAL SOUTHERN HEMISPHERE UNION**
22         **DISTRICT 1. ,ROYAL NUBIAN SUDAN EMBASSY #15.**
23         **702 WEST FIRST STREET**
24         **DEMING, NEW MEXICO 88030, U. S. A. , (575)-694-4385**


1                              *(i)*

1    _____AUTHORITIES_____ ___ ____

2    **28 U. S. C. A. Sec. 1331,   Subject Matter Jurisdiction**...........................1, 2, 3.5.11.

3    **28 U. S. C. A. 455 ( B),(1) Disqualification Rule,**.................................**12.**

4    **28 U. S. C. A. 455(a), Appearance of Bias.**  ...................................**2,.4. 3.7.10.**

5    **U. S.  Vs, Belmont Bank, 301 U. S.  324(1937)** .............................**4, 5.3.7.10.**

6    **U. S. Vs, CUSTISS CORP. 299 U.S. 304(1936)**...............................**14.**

7    **1 ST AMENDMENT**.............................................................16

8    **U,S, 1983 CODE**............................................................**2**

9    **U. S. 1872 MINING ACT**...........................................7.13.

10   **1964 CIVIL RIGHTS ACT** ...........................................**2.**

11   **1983 CODE**.................................................................**2.**

12   **CRIMINAL EXTRA TERRITORIAL INVASION ACT**..........................**1.2.12.13.15.17.**

13   **INTERNATIONAL TERRORISM**..........................................**13. 15..**

14   **EXTRA-CIRCUMSTANCES**....................................**3.**

15   **FSIA**....................................................**1, 3, 7, 9, 11, 12, 13, 15, 18.**

16               **CONSTITUTIONAL**

17   45 CFR Sec, 681.10(d)........................................2.3.4.515,18.

18   45 CFR Sec, 681.10(F)............................................3,4,5,7,8.9,10,14,17.

19   ARTICLE III, Sec. 2. PARG. 2. .  .....................................1, 5, 14, 15, 18..

20   ARTICLE I., Sec.  10. Reprisals / CITY.............................,,,,2, 15, 18.

21   4TH. .AMENDED.............................................................1.8, 11.

22   5TH AMENDMENT......................................................1.

23   14TH AMENDMENT..................................................1, 6, 9,11,

24   5th Amendment.........................................................1.

25   U.S, LOGAN ACT...................................................... 6,

26   6th Amendment.....................................................2.3.11.4.18.

27
     28USCA 1391. A (1) _____ 4·A,
     28USCA 1391. E (C) _ _ _ _ _ _ _ - -4A,
     28USCA 1391. E (2) _ _ _ _ _ _ _ 4.B.
     18USCA 242 - - (EXHIBIT A) ;- - (EXHIBIT B) - - -3,5, 6.

(ii)

INDEX _____ _____ PAGE

ORIGINAL JURISDICTION …; 28 U,S,C,A, SEC. 1331 ((FSIA)…….…..….…..1.

JUDICAL STATEMENTS ……WRIT  HABE'ER  FA'CIAS SEISI'NAM,  WRIT OF HABEAS

CORPES DE NOVA…….………..…………….…..…….…..….….1., 2.

PROBABLE CAUSE , Subject Matter Jurisdiction………..…….....…..…...3.

HISTORY…COUNT 1…(FIRST CASE STATEMENT , HISTORY)…... 4. 6. 7 .

HISTORY …….COUNT 2. …(SECOND CASE STATEMENTS)…………..5.
VENUE _ _ _ _ _                                  _ _ _ 4.A, 4.B
STATEMENT OF FACT ………….….………………...….………….5,,6

CASE FACT……...(COUNT 2)…………….….………..……9.10., 11.

ISSUES OF COUNT 1 . ……...COURT'S CLERK'S RULE…...…..…….7, 8, 9, 10.

ARGUMENTS …..COUNT 1., COUNT 2.  ………..…..………… …...…. 12, 13, 14, 15, 16, 17.

CONCLUSIONS,,,,COUNT 1.  COUNT 2.  …..……….….…………17.,18.

(EXHIBIT A) …..……….…….DOCUMENT No. 29……………….5.

(EXHIBIT  B)……….DOCUMENT  No. 38. ……..…...…..…,,6.,7. 15.

(EXHIBIT  C)………..…....CV-98-0140 JC/RPL……..…..….…..4.

(EXHIBIT  E)………..NOTICE TO "BLM"..…….…..….…..……..(EXHIBIT ..1.,2.

(EXHIBIT  F)……...NOTICE TO VACATE(Deming CITY)………....4.

(EXHIBIT  G)...REPLY to Notice to Vacate by(Luna County)………..4.

(EXHIBIT i ).. U.S. 9th APPEALS REFUSAL TO VOTE…………….....1.

(EXHIBIT P.1)….UTILITY PROFF BILL BY City...…..…..…..…..….….…...2, 17.

(EXHIBIT p.2)…...UTILITY Recipt…by City…….………….…..….…..….....1. 7

(EXHIBIT  P.3)……….OVER CHARGE ,,by City,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,1.7

(iii)

1

1   4 *Th*   **Amendment**  (unreasonable Seizure of Federal Mining Lease Contracted PROPERTY);

2   Violation of the **5 th Amendment**, (FAILURE TO DUE process),(  and   Attempted to aid a

3   Double Jeopardy) ,(Attempting TO AID  **Criminal Extra Territorial Invasion** by   a

4   **EMINENT DOMAING  of a Foreign International Trade Zone), (**Criminal Trespass to

5   Chattel ); VIOLATION **of  Article I.,** Section 10 (Reprisals );     *Violation of the* **1964**

6   **Civil Right Act** *(State DISCRIMINATION ON  Origin) ;  Violating the Conduct* **1983**

7   **Code** By County;  *28 U.S.C.A.1331,Subject Matter Jurisdiction   Violating of 28*

8   **U.S.C.A. 455 (A) Appearance of Bias**;  *Attempting a* ***Political Exercised*** *Counter*

9   *Claim* **(28 U.S.C.A. Sec. 1331) Mandate** ; *Willfully  attempted Malicious*

10   *Prosecution ;*   **6 th Amendment ,** *(failure to Court Certify* **Political  Counter -Claims**

11   *subject Matter Jurisdiction ),* ***(Bias Suaponde*** *Attempting to* ***Hi-Jack*** *a* ***Defaulted***

12   ***Case Position ,45 CFR SEC. 681.10 (d)*** *) ;*     This court has Jurisdiction: 28 USCA / 391.E (c).

13   **JUDICIAL STATEMENT**

14        THIS IS A Foreign Relations Contract  CASE HAVING WRIT OF HABER FASCIAS

15   VISUM ; HABEAS  CORPUS - DE NOVA  -

16        REDRESS  **PETITION (EX POST FACTO  MOTION)**

17   While Plaintiff was waiting for a Response back from **(THE Motion to RECUSE) U.S. 9ᵗʰ**

18   **Appeal** (**En Banc**), (**EXHIBIT I** ) the  Time Ran out for a **Case Appeal.   Rule 35** did not

19   have accompanying  in front of  the Rule 35 . the Caption  REFLECTING "45 Sec 681.10,"

20   in front to make Plaintiff Recognize that there would be no **MOTION TO REDRESS**

21   **ACCEPTED**.   Pursuant to **45 Sec. 681.10(g).**  Plaintiff Moves The Honorable U.S. 8ᵗʰ

22                                             (2)

1      ( DISTRICT Court To Consider This Paragraph As A **MOTION TO REOPEN** Pursuant to

2      with **EXTRAORDINARY CIRCUMSTANCES 45 Sec. 681.10(F)**.  **What the 9th District**

3      **Court System has filed (Mandated) now, is with out Court CLERK 'S  Certification, and**

4      **Lack of Subject Matter Jurisdiction.  Plaintiff's reason for not Repetitioning  the U.S. 9th**

5      **D.C. ,  is The Respondent JGZ Court  has Such a Predominate Force  Over the  Tucson**

6      **Site   (to Aid The Defaulted Defendants ) that , Such Attempted Record Proper Redress**

7      **Motion (45 Sec. 681.10(F) ) would not  Survive Her Overt Appearance of Bias 28**

8      **U.S.C.A. 455(A) .   PLEASE SEE: (EXHIBIT A., B. )**

9

10                              **FEDERAL QUESTION**

11      1.      1.  **4th Amendment**, **45 CF Sec. 681.10 (d) (Deprivation of Defaulted Case)**;    2.

12      **5th Amendment**, (FSIA) ,(Invasion of Foreign Property); *3.  **6th Amendment**, 28

13      U.S.C.A. Sec. 1331 (Bias Jury); *4. FSIA SUBJECT Matter Jurisdiction; 28USCA 242.

14

15                              **PROBABLE CAUSE**

16      2.         This **Case Counts  is not to** determined **the Ownership** of the Federal Mining

17      Leases, But, to **gain the Defaulted**  Case Part Pursuant **to 45 CFR Sec. 681.10 (d); that** has

18      been  Hi-Jacked In violation of **6th Amendment (Private Property)** by :            **.JGZ**

19      **Court.    With in this Defendant Defaulted  Case the original Complaint is for** the U. S.

20      **Marshal Service**  Protection to Vacate **Defendants's Criminal Trespass; The Court's**

21      **Remedies**  for Compensation for the Losses caused by the **Defendants State; Defendant**

22      **County :**  Defendant City ;and **Defendant Federal Department (BLM).**

23                                       (3)

1            ## HISTORY

2        3.    Pursuant to Courts Ruling , U. S. 10ᵗʰ District Court, CV-98-0140 JC/RLP. ; and

3    U. S. 10ᵗʰ Appeals Court, the Plaintiffs is the **Legal Holders** of the **Federal LEASE**

4    **Contracts** to the Mining Property. **PLEASE SEE: (EXHIBIT   C). BUT'**, Defendants

5    refue to Vacate **(EXHIBIT G).( EXHIBIT   F)** .  When carried to Court the U. S. 10ᵗʰ

6    **District Disposition** that the Plaintiff had the Mining Leases if he had Filed Papers on file.

7                             \\_

8    4..      U.S. 10ᵗʰ District refuse to acknowledge U.S. Vs. Belmont Bank,301 U.S.

9    324(1937), there is no use filing FOREIGN RELATIONS CASES in a Violating 6ᵗʰ

10   Amendment  , Bias U.S. 10ᵗʰ District Court. They were Challeng , but refuse to Redress

11   Constitutionally. Yet, the County Defendants/ Attorney attempts to play fraud on

12   unsuspecting Courts. To Block Plaintiff from returning with a Eviction Complaint.


13       5.    SO,   IN THE PRESENT CASE, this is also  A FOREIGN REL ATIONS CASE

14   ,In this PRESENT CASE Subject Matter(4:19-CV-00159-JGZ), (WRIT OF MANDAMUS to

15   recuse Justice) the Appeals Court Refused to Vote; the Plaintiff come to

16   8ᵗʰ District Court to gain form the U.S.  Contracting  Government Property Patents.

17   Plaintiff's **Mining Property Patent Rights** that (U.S. 9ᵗʰ District Justice **has by uncertified**

18   **Court Subject Mattered Jurisdictioned Hi-Jacked**) ,  has been held Hostage in Violation of

19   **Sixth Amendment** .  Defendant has Defaulted (Count **\*1. Document No. 29;** and **Count \*2.**

20   **Document 38.)** by failing to Timely Answer the Court's Summons, 45 CFR Sec. 681.10 (d).

21                      (4)

22

## THE COURTS VENUE

### 28 U.S.C.Sec. 1391.a( 1)

The Subject matter Venue of this Case is not directed for sitting at the Place of Origin.

**However,** the Original Place is waved by statute that said that any Venue may be applied;

**EXCEPTION Apply WHENEVER,** THE **Federal Governments** has involvement as **a U.S.**

**Employee Party** or **any Agency,** Or **the United States** is a Party to the Case.    28 U.S.C.A.

1391.E(c)

1.   **In the present case,** the **Defendant U.S. JGZ District Court Judge** is a Employee of the

   **Federal  Government**: and the Application of the **Doctrine of Contained  Venue** does not

   Apply. There is no Venue.


2.   The U.S. 9th District Court is a Federal Department and is subject to 28 U.S.C.A 1391. E(C).

   There is no requirements placed on Venue. This **Writ** is to recover **Plaintiffs Right to Justice**

   **won under the color of Law , A Case being Held** by the Defendant in violation of  **18**

   **U.S.C.A. 242 (A Act  of Discrimination based on National Origin; Race).      Appearance of**

   **Racial Bias(EXHIBIT A) 18 U.S.C.A. 455(A).        Violation of 18 U.S.C.A. 242 (EXHIBIT B),**

   **Prior Knowledge Violation 18 U.S.C. A. 455(B).** The Writ Addressed the Subject Matter of

   **18 U.S.C.A. 455 (B) Disqualification** Due to Prior Knowledge of the Case Subject Matter.

   The  **(EXHIBIT A), (EXHIBIT B)** is the same Subject Matter Refiled.   THE DEFENDANT

   OVERTLY Violations 42 U.S.C.A. 192 ,chapter 16.

                              **(4.A)**

3.    **The Second Defendant is the U.S. 9th District Court Record Proper**.   The U.S. 9th District

Court is a **U.S. Department of Justice** and the Sections Allow the "**WAVER**"of Sections that

**require Application of Venue.**   The District Court has the Record Proper that shows that

**All of the Defendant Served under RULE 4. have Defaulted, Because All Defendants failed**

**to Timely Answer the Courts Summons.   Rule 12..**   The Plaintiffs Writ addresses the

Subject Matter of the Failure of Defendant to Answer Timely.   This WRIT is aimed at

releasing the Judicial Statements of the Record Proper, *gaining U.S. MARShals Serve-*

**JURISDICTION**

4. ▬▬▬▬▬the **SUMMONS may Cross Territoral lemits ,28 U.S.C.A. 1391. E (2); for**

**making service.**

5. **also,**  When Foreign Parties are involved in a Case the "**Jurisdiction" Requirements** are

Waved. The Section states a Defendant , **However,** a  Foreign Plaintiff is Foreign Relations

Pursuant **to U.S. Vs, Belmont Bank 301 U.S. 324(1937) Opinion of J. Sutherland** ,  When it

comes to our Foreign Relations the **State does** not Exist.

**(4.B)**

### STATEMENTS OF FIRST  COUNT FACT

1.     **The  Plaintiff's /Government is a Member investor with interest in (GOLD MINING) this U. S. ; Foreign Mining Contract;      In the Past, He Single Handed attempted to Solve this Vacate Subject WITH GOOD FAITH , But ,due to the** Misconduct  of the **Judicial Respondents. ,** System, The Problem Remains, So, **This is 2 Recovery Writs:   When Respondent JGZ** had the case under **ARTICLE III, SEC.2.  and** chosed to attempt to **insert a Uncertified Court Clerk, 28U.S.C.A.  Sec. 1331, Subject Matter Jurisdiction.   she Chose to Withhold Justice  granted by (FSIA).  Re-Raising the Defaulted Defendants with out a Subject Matter Jurisdiction Counter Claim , all the time stating that she has no Jurisdiction.**

A.      In these  2 Cases **Conspiracy Complaint PLEASE SEE: The Oldest One, Count 1., (EXHIBIT  A ), 17-CV-148-TUC-JGZ,** Document No. 29., PAGE 5.,LINES No.  17., 23. (WHERE Defendant B.L.M. failed to  Timely  <u>**ANSWER  the Summons**</u>). The <u>**Respondent  JGZ**</u> Attempting to  <u>**Suaponte  with  a Fictitiously  Counter Claim**</u>,to cure the Defendant 's Defaulted **(45 CFR Sec. 681.10 (d) )** by raising them Up Again; with receiving Fictitiously Mandating, to holding A <u>**Forbidden counter-claim Action**</u> ( that has <u>**No new  Court'sFiling**</u> Record ) in Bad Faith .

B.      <u>**At the same time**</u>, Dening the **Plaintiff's Patents Documents**.    Respondent JGZ Court failed to file <u>**a Re-opening Motion**</u> by Caption ,nor Petition **,45 CFR Sec. 681.10 (F)**

**(5)**

1 **Record Proper Caption** where the Defendants have MOTIONED  to reopen the case ,45 Sec.

2 681.10(F).

3 **C.**      Respondent  JGZ Court Statements after the Default has **No Court  Clerk  Certified**

4 **Standings.**.   Plaintiff has not found any Record Proper that Defendant has Filed A NOTICE OF

5 APPEAL , 45 Sec. 681.10 (I).  The **Defendant's Default Silence is a  Failure to make a Statement**

6 **up on which relief could be granted.**    Plaintiff Petitioning **WRIT**  for a Case Release is Justified.

7 Technically, This case is yet open.

8 **D..    That Defendant's Default Activated The Complaint Suit Request for INTERNATIONAL**

9 **TRADE ZONE  Status.     The Defendants  Damaged Mining When they Criminally Invaded.**

10 **The Plaintiff also Complained By  a Petition to the**  District Court for U.S. Marshal for Service to

11 Vacate the Defendants. The Complaint was pushed aside.  The ReRaised Default Defendant is

12 without   showing of any

13 Jurisdiction being approved for Reopining after " ALG" approval.

14                          **ISSUES OF SECOND COUNT**

15 **1.    The Case officially ended for Defendants at Default, PLEASE SEE: SECOND CASE (19-**

16 **CV-OO159-JGZ), (EXHIBIT  B ) , DOCUMENT  No. 38 ), showing Respondent JGZ Judge**

17 **attempt SUAPONTE interfere and attempts to  Cure their Failure to Timely Answer the**

18 **Summons 45 Sec. 681.10 (d).  Second Case Officially ended, '**

19 ------------------------------------------------------------------------------------------------------------

20 **\*2. Court's Suasponte is not Court Rules** ,nor **Court mandate;** such requires complyance  With

21 **U.S. LOGAN ACT.**   Such Suasponte is Persona not Court Rules , SEE: Doc. No. 38., Page 2.,

22 Lines 2., 3., 3.A. & Page 3. line 2.,3. &page 6., lines 25.,26.,27., 28. . all litigation stopped at

23 **DEFAULT, there is no Court reflecting RECORD PROPER TO Certifie  SUASPONTE.**

24                          **(6)**

1

1    **ISSUES OF THE SECOND COUNT**

2    **Respondent JGZ Judge attempt SUAPONTE interfere and attempts to  Cure their**

3    **Failure to Timely Answer the Summons 45 Sec. 681.10 (d).  Second Case Officially**

4    **ended,** the **Defendants Luna County became Defaulted ,** **45 CFR Sec. 681.10 (d),** But, was

5    Attempted Protected by the Respondent **JGZ** Court's **Fraudulent ,** **Fictitiously Political**

6    Counter-Claim.  Raising the Federal Question of **Double Jeopardy , 5th Amendment Due**

7    **Process.**


8    2.  ISSUES  A Baseless **SUAPONTE**  Attempted **BILL OF ATTAINDER**  by  **U. S. 9th**

9    **District Court JGZ. Had it been     Mandated,** it have  violated th**e U. S. FSIA Code.;**  it

10   was not Certified.  **Document No. 38. (created after the Default)  should be Denied by the**

11   **Court , For Lack of Presenting Subject Matter Jurisdiction Attached.**


12   A.  ISSUES,      **Suaponte** Fraudulent Matter by **Respondent JGZ.**  Violations **the**

13   **Plaintiff's 6th Amendment : Rights to Impartial Jury.  A unethical Act against "FSIA" ,  a**

14   **Bias** Attempt to **Politically   Aid (EXHIBIT  B ) , a minder** tnat one of the Defaulted

15   **Defendants is a Federal Party,**  in violation of  **U. S. Vs. Belmont Bank, 301**  U. S.

16   324(1937**). Opinion of J. Sutherland…When it Comes to our**

17    **Foreign Relations the STATE does not exist.**

18

19   **B.  ISSUES,**      Defaulted Defendant have not made a Statement up on which Relief could be

20   granted**; Nor** that wo**uld give Leave to reopen , 45 Sec. 681.10 (F)** the Closed Defaulted

21   Matter.   Respondent JGZ Court may not act as The **Defense Counsel** ;and Judge Both ,28

22   U.S.C.A. 455(**A)** Appearince of Bias., Misrepresent the ꞏ ꞏ Record Proper.

23                                                     (7)

1                  **ISSUES OF THE CASE**                           

2     To avoid looking Bias the Respondent JGZ should have held her PREMATURE Suaponte

3 statements**, Document No. 38** . until one of the Defaulted  Defendants made a **Motion** (45CFR

4 Sec. 681.10 (F). to Reopen. As it stands, the Respondent's attempted Rush to Judgment is

5 Premature, has no foundation offered by the Defaulted Defendants FOR Probable Cause.


6     C.  ISSUES,  The Plaintiff's **Notice of Default** is clearly (EXHIBITED) by the Respondents

7 JGZ attempted to ReRase , Cure Defendants.  There is no final  Record Filing until those

8 Motions are Answered.   All Statements made after the Default is not applicable to this case.

9 **Filing of the Writ to remove the Default from under the Respondent is a recovary of**

10 **Plaintiff's 4 th Amendments (Unreasonable Seizure).**


11     **D.  ISSUES,    the Case is Closed before the Respondent Attempted to Suaponte**

12 **Document No. 38 is Moot, and should not be allowed to stand as a Certified Statement.**

13 **Plaintiff has no more arguments to apply to the Defaulted Defendants. This Attack is to**

14 **remove what Respondent JGZ  has no right to (THE VICTORY OF THE CASE).**


    3..   ISSUES,    Plaintiff's Mining Patent Deeds **Real Property Federal Mining Lease**

**are** Being Held Hostage  by **Respondent JGZ**.   The Status of Action held by

Respondent **JGZ** is a **Suaponte** Forbidden Political Counter-C**laims.    It has no**

**Defendant Party  Foundation Support FROM A Certified Court Clerk Case**

**Caption.   It was made just to wast the Courts's  Time; and Money  of the Plaintiff.**

**(8)**

1    <u>A.</u>  ISSUES,   The insistent attempt to saddle the Plaintiff with a Counter -Claim

2    (Filings Restrictions) Fraud is yet  being attempted by JGZ Court.  Even though, the U.

3    S. 9th Appeals has Removed the Counter-Claim Fraud, the Respondent attempts to hide

4    behind it.  Because this Suaponte By JGZ is Not Certified, The Writ is Suficed.

   4.  ISSUES, <u>Plaintiff had  asking for US. Marshall Service: Courts Remedies for</u>

   <u>compensation for Losses.</u>  So,  (in second case, CV-19-00159-TUC-JGZ,     On the

   Date 04/09/2019  The Plaintiff Served a Summons on the Defendants with there Due

   Date being on the 4/30/2019 , But , Except the Case having a <u>Federal Defendant Party</u>

   <u>, the Due Date for Him being 5/16/2019.   The None–Federal</u> Defendants and the Other

   Defendants <u>All Came Late</u> (45 CFR Sec. 681 .10(d) )and Untimely to Answer the

   Summons issued by the Court Clerk.  Respondent  JGZ  has attempted to make

   "Fraud" on the Defeult so as to Claim  No  Personal  Jurisdiction ,Thus,to push aside

   the  Foreign State Immunity Act (FSIA)  , 14th Amendment Rights to the Case worked

   for.

   ## <u>FACT  OF THE  CASE</u>

   1.     <u>Respondent</u> is so aggressive that it makes returning to apply this Writs-

   there (Tucson) would be another Prejudice Rush to Take Over By Respondent JGZ.

   Hense, The U.S. 8th District Court is Petitioned.   JGZ has a History of Case

   Invasion.  She   Just aggravates to the Point that a FSIA Case is Needed to answer

   the Federal Question.   She do not understand her Impact on International

   Relations.   JGZ'S Suaponted Fraud are Overt  Bias insult, Out side of Court

   1.  (*)

## FACT OF THE CASE

Mandate.   So much so, that the Plaintiff GLOBAL SOUTHERN HEMISPHERE

UNION HAS BECAME CONCERNED: American Air Bases in North Africa is now

Cause to come under review by the Unions observing Pursuant to the Attitude by

Respondant JGZ Court.   This Matter Rases by infrence Questions that the New

Global (it 10 years old) Court May be Petition to on behalf of it's Citizen ,Members,

Plaintiff's Royal Nubian Sudan Government is al so a Member.   The Federal

Question there is ,CAN the Global Union Members  FIND Judical Justice, at  U.S.

State side ? or is Respondent JGZ  Acts a Reflection of Real foreign  U.S. Morality?

U.S. Courts are to have no Political Mandate.   It's Appears that Respondent JGZ

has fallow en of the wagon 28 U.S.c.a. 455(A) Bias.

1          2.     THE Respondent  JGZCOURT  Interfered in the beginning by wrongful

2     Invasion Prematurely with Double Jeopardy (then Magistrate  had the Case, no

3     answer to recuse Motion had came yet), ( U.S. 9ᵗʰ Appeals court is the only ReRaiser 45CFR

4     Sec. 681.10 ( i ) ).

5     2,(A).     Now ATTEMPTS TO RE-RAISED THE DEFAULT Defendants WITH OUT

6     Filing a Motion  to Re-Open, 45 CFRSec. 681. 10 (F).   The Court do not reflect any

7     New Filing to Re-Open the Case  .  Such a Case is Certified, and cannot be Mandate

8     in JIG'S Spontaneous Favor to hold a uncompleted Case.   The Writ Cures the

9     Miscarriage of Justice.

        3.     The Re -Raised Default Defendants are in Name Only as  Re Raised. There

Is No Subject Matter Jurisdiction Attached to the Attempted Re Raising to allow it

(10)

## FACT OF THE CASE

**to stand.** Thus, failing to make a statement up on which relief could be granted.

Plaintiffs Lease Contract investment being a **Foreign  Government  Relations  ( Matter , is**

**not subjected** to the **Doctrine of EMINENT** Domain.     **Respondent**              JGZCourt

Created Suaponte is a **Doctrine of Deprivation** of the **14 th** Amendment, **Section 5 .  A**

**Federal Question  BILLOF ATTAINMENT to allow Defendant** to Attemp to Criminally

**Deprive by EMINENT DOMAIN**  the Plaintiff's **Federal Contracted Property.** Document

No. 38; Document No. 29 are Moot  uncertified Acts.

1    **3.**            **Respondent JGZ** Acted  on her own to Create a Wrongful Depriving (two

2    **Times)** Disposition **,with out any Defaulted Defendants** placing any **Subject Matter**

3    **Jurisdiction (28 U.S.C.A. 1331)** to the Case b**eing eligible to file Legally Respected**

4    Documents . **Thus,** Violating the Plaintiff's **6th Amendment Rights** to his Property.

5    4.      Defendant Luna County's Default Ended their Legal   Filing Status, and All

6    Attempted Documents **Filing After the Default has No Record Reflecting** Where they Filed

7    With the **Court Clerk** for a **New Certified** Cause ;and Any Attempte to Claim Defendants a

8    Jurisdiction is Moot;  SEE:**, U. S.  301 U. S. BELMONT BANK ,  324(1937)...OPINION**

9    **OF J. SUTHERLAND**...When it Comes to our  foreign Relations the **STATE Does not exist.**

10   **Thus,**  There is no **State LINE Districts** , Nor **STATE Venue,** AND **NO 11TH**  Amendment

11   state Immunity in **Federal Court Pursuant to "FSIA Cases.**

12   _____

13   *1.  Unnecessary Arguments a uncertified Case filing goes to the Credit of judicial Morality

14   Doctrine. Courts causing  imposing such are malicious. All Litigation such ends at Default.

15                          *(11)*

1    **ARGUMENTS OF THE CASE**

2    1.  The Default Triggered the granting of th**e International Trade Zone Rights**.  Th**e**

3    **Plaintiff's International Trade Zone** FROM THE First Case Complaint , Was also Repeated

4    in the **Second Count**  for a  Second Time, and Won By Defendant"Default's  Status.

5    **A.   All** the Defendant**s (Documents # 38)**   show  a **Bogus Position  Attempted Spontaneous**

6    is Without  **Clerk's Certification,   28U.S.C,A,455(B),(1) DISQUALIFIES RULE. All**

7    **attempt to Legal interning  Re-Raising  Defendants** in to the Case after **the Default is a**

8    **Political  Forbidden Counter-Claim, Bias Action against (FSIA) Code(7/19/2019). (FSIA)**

9    **Confers Personal JURISDICTION ON COURTS, IF ITS REQUIREMENTS**

10   **ARE MET.  Respondent JG Z** AT Present, Is attacking the Constitutional Protected Rights Of

11   the Plaintiff to Do Business with the US. Governmen**t.   Respondent JGZ**  hold no **Political**

12   **Raised Mandate Jurisdiction , Her Refusal to Redress Shows Bias.**

13   **B.    The  BlM Defendants Never did do their Mandate to grant the Plaintiff  His Patent**

14   **C.**    The Attempt is a **Fictitious Political Counter -Claim violating (FSIA); the Court's**

15   **Mandate.  Such Political  Mandate is**  Wrongly holding the **Plaintiff's Rights** to T**he 14th**

16   **Amendment Section 5.** DUE Process Granted**, S**EE: U.S. 10th District Court**, (EXHIBIT  C ),**

17   **Page 3. Parqagraph 1.  .  Respondent JGZ** Filed **Criminal Extra-Territorial**

18

19   **(12)**

1

1       **ARGUMENTS OF THE CASE**

2       **Invasion** has no  Legal Right to Attempt t**o Eminent Domain. The Default Rights created,**

3       the **New International Trade Zone.**  Such are classed as same **as Corporations Status;**

4       **City; as Persons ; in this case Foreign EMBASSY STATUS;** the **Writ of Habeas Corpus**

5       is placed for **its Release.  U.S.  have no Morial Right to Object,"BLM" allowed truspass.**

6       **C.    Defendant Luna County had  DUTY to Protect** the Plaintiff's Interest in the Mining

7       Lease Matter pursuant to a).    Each Year the Plaintiff Paid the Required Assessment to the

8       Defendant Luna County.  **U. S. Mining Act of** 1872..  The Defendan**t instead of given**

9       Protection plaintiff's Enterprise of Mining , the Defendant sat out to **Violate their Mandate**

10      with Attempted **CRIMINAL EXTRA TERRITORIAL INVASION.**    This violated the

11      Plaintiff's  **4 Amendment (unreasonable seizure)** .    The Defendant JGZ Holding Plaintiff's

12      Property Deeds  are **Acts of Forbidden  invasions  by Counter-Claim** in **Foreign Relations**

13      **Cases**.

14

15      D.       Defendants often used the Claim of Plaintiff Restrictions   to Block Returning to

16      **(1937) Opinion of J. SUTHERLAND....The executives has the sole right to represent his**

17      **Government;**

18

19      E.       **Plaintiffs has won  some Two Times already, However,** Plaintiffs Need for U. S.

20      Marshal's Service is yet unanswered.   Defendant BLM Mandate WAS to instruct the

21       (13)

1    ARGUMENTS OF THE CASE

2    **F.**          The Respondent **JGZ attempt** to Give the **Defendants State advantages** in a

3    **ARTICLE III,** Section 2. Discrepancy Wrongfully; They suffers from the **Doctrine of None-**

4    **Delegation ,** .  This means that the Attempted observance of **State Jurisdiction** , State

5    **District** , and **State Venue** Claims **has no weight** ; **Not even,** before, nor After the Defendants

6    had became Defaulted.

7    G.          What The **Plaintiffs** and the **U.S Government** **Trade Agreements** has. and Federal

8    Mining Leases that the **U. S. Government** h **Corp** ad with the **Plaintiff/Government** ,is **not**

9    **subject to State Right** to interfere , Even with the Help of the Respondent JGZ Court  to BILL

10   ATTANDER Act of EMINENT **DOMAIN,SEE: U. S. Vs. CUSTISS**. 299 U. S. 304 (1936)..

11   Opinion of J. Sutherland.. the State has no Status In Foreign Contracts,,,

12

13   **2**          **About Case 17-CV-00149-JGZ** / FSIA

14   ,  **Respondent JGZ willfully over looked  The District COURTS CLERKS RULES:**

15   **TO Create a needless**  FEDERAL  QUESTION  Case.  **The Respondent JGZ Court has a**

16   **right** to Suapone, **Brook. Vs. Cosumnes River Land LLC, No. 2:19-cv-02533-MCE-AC,**

17   2020 WL 2062182, AT *1 (E.D. Cal. Apr. 29, 2020), But. IT CAN NOT BE AN ATTEMPT TO

18   bill of attainment: nor CAN The suaponte  Re-Rase a Party unless a Motion **is ask for 45 CFR**

19   **Sec. 681.10 (F).**  The first step is to File a Action in

20    District Court Clerks Office.  The **Document No. 38** . did not comply to Court RE-

21                    (14)

1

1       ARGUMENTS OF THE CASE.

2       OPENING RULE, Nor observe Constitutional ARTICLE I., Section 10., Reprisals.

3       A.      when the Court Clerk issue a Summons to be served, is when a case  has a  legal CASE

4       Number  . The After Default Respondent JG Ruling Reason for Dismissing the

5       Conspiracy Complaint has Grounds.   To Save the Government the Defendant

6       Attempted to not have (ASIA) Subject Matter Jurisdiction  to sat the Case on Federal Question,

7       Attempting to Playing Fraud on the Plaintiff.

8        B. .   In Both COUNTS , IN (CV-19-00159-JGZ)in particular , each Case at the Point of

9       Defendants Default , 45 cfr Sec. 681.10 (d) the Case Ended.   Yet, All attempt to File

10      Documents after that date ,they are  Foreign Document (not Certified); that is not to be

11      Counted as a legal Defense in the Case that  Defendant failed to participate in . _

12      DOCUMENT No. 38. (EXHIBIT  B)  IS A Attempted  TO Fictitiously DO A BILL OF

13      ATTAINDER.  Document No. 38 attempt to by pass the Court Clerk's Filing.  From the

14      time of the Default, this Defendants State has attempted to file Political Documents . U.S.

15      Courts Mandate do not allow Court's Political Made Mandates. Counter Claim are

16      Forbidden in Foreign Relations Cases, It Violates the U. S. Foreign Agent Act.

17

18      C.      Criminal Extra Territorial Invasion to Attempt Eminent Domain is Criminal ;  and

19      The attack is International Terrorism in Foreign Relations All Federal Courts have Jurisdiction

20      .  When it is a violating and a Foreign Minister its a ARTICLE III. Section 2. Matter (FSIA).

21      D .    The Record (CV-17-00149 -JG) Shows that after Defendants Defaulted , the

22      Respondent JGZ Court attempted give Disposition Contrary to the reflected Record Proper.

23                              (15)

1    **ARGUMENTS OF THE CASE**

2    Thus. Violating Plaintiff Rights[ allowing the Defaulted Defendant another chance to attempt

3    **Eminent Domain** , Criminal Tresspass.


4    E,  , There was no **Personal Jurisdiction Questioning** presented against the Court's

5    Personal Jurisdiction (FSIA).    From the Time that Defendants Default the Property has

6    received  WHAT THE Complaint Petition ask for a **INTERNATIONAL TRADE ZONE**

7    **STATUS**.   Respondent **JGZ** attempted to create conflic**t VIA Suaponte** to aid a Criminal

8    Trespass to attempted **Eminet DOMAIN** . Due to Damages by Defendants

9    the X-Federal Mining Leases is now Offically Schedule to Be a INTERNATIONAL TRADE

10   ZONE / EMBASSY ,Won by the Defendants Default.

11

12   F.    The Defendants JGZ 149**(CV-17-00149-JGZ** ) Statements of her requirements HAD

13   NO JURISDICTION THE First Amendment, that Plaintiff should abandon His **First**

14   **Amendmen**t Complaint,    Respondent  JGZ  claim to not be able to Jurisdiction (FSIA) a

15   **FIRST AMENDMEN**T IS Fraud.  No Defendant State has made a legally Question Personal

16   Jurisdiction in a FSIA  Subject Matter Jurisdiction; Respondent JGZ played Fraud on

17   Attempting to Re-Raising Magistrate. Whom has not answered **45 Sec. 681.10 (i)**$_{_i}$$CFR$ ,


18   .G.      **THE DEFENDANTS CONTINUE TO Attempt to Eminet Domain Property**

19   **that not Even the Federal Defendant has under it's Jurisdiction.** Defendants At Point of

20   Default , ACTIVATED THE COMPLAINTS PLEADINGS.    So,  Another one  OF THE

21   Complaint,  Pleadings is that the Property become a **INTERNATIONAL TRADE ZONE;**

22   (16)

1      THIS IS why this Writ is bein by 19-CV-00159-TUC-JGZ; CV-17-00149-JGZ

2      h.          Respondent JGZ attempted to Do a Bill OF ATTANDER, By **Raising up** again the

3      Defaulted Defendants to allow **Criminal Extra Territorial Invasion** .  Even,

4      **Admits that the Defaulted Defendants had to be raised up again.**  Totally over looking

5      that the Case had ended Legally for the Defendants State.  The Defendants failed to state a

6      Claim up on which relief could be granted. **RESPONDENT   JGZ** Court is holding  this Due

7      Pro**cess Case Hostage Politically. ;  Respondent  JGZ Court** Attempted Re-Raised

8      Defaulte Defendant **in name only.  See: Count 2. :Document No. 38 ; and Count 1.**

9      **:Document No. 29.** Has no Subject Matter Jurisdiction Attached.


10                              **CONCLUSIONS**

11          By Defendant failing to timely answer  the Original Summons , any following Documents

12      Filings should have been through the Court Clerks ,or Appeal Court's Approval,or  AS A **New**

13      **filing Process**. To continue to pursue Filing in the Original Case ,was a Moot Cause,  45 CFR

14      Sec. 681.10 (d).    ;**INTERNATIONAL** TRADE ZONE, that came with the Defendants

15      Default;     There is **no Record Proper of Defendants Petition to Re-opening the Case (45**

16      **CFR Sec. 681.10 (f),** for which Defendant **JGZ Court is** attempting **Rush  to Mandat**   ;

17      The Defendant Deming City  has Before Defaulting, deprived the Plaintiff Embassy of Utility

18      Services **(water)**  Rights as a Reprisals.  SEE**: (EXHIBIT P) (EXHIBIT Q), (EXHIBIT R)**.

19      Plaintiff Has Paid All The Bill.  They Defaulted, and should suffer the Writ. ;The WRIT IS

20      JUSTIFIED (FSIA),     **Respondent JGZ**  is holding NO Legal Position. **Document No. 38,**

21      The Record Proper **do not reflect** any Clerk **Case New Filed** Petition (4**5 CFR Sec,**

22      **681.10(F) )**for the Count 2.:Document No. 38 . ;Nor in First Count: Case Document No. 29.

23          .                              (17)

**CONCLUSIONS**

It'There is **no Subject Matter Jurisdiction Attached** called attempted Reprisals, · ı

**MALICIOUS litigation.  Its not apart of any Original  Defendants Legal Protest.**

**Document No. 38.: and Documents No. 27. are a violation of ARTICLE 1., Section 10.**

**Reprisals** Respondent JGZ's  Statements  Presented are Foreign, and is  without  Legal

Status;  The Filings are Considered foreign , uncertified , AND **NO One** in the **U.S. Court**

**System is  Allowed to Litigate A Political Subject  Matter**. ; ARTICLE III., Section 2. ,has

ended in Default **(45 CFR Sec. 681.10 (d).  The Document No. 38.** is a **Attempted Court**

**Bias Counter Claim Violation of the 6th Amendment** , and IS Attempting TO Court over

ride **U.S. Vs, Belmart Bank, 301. , And  the Foreign State Immunity Act Jurisdiction**

**(FSIA).  Attempting to sit on a International Trade Zone is a Bias Criminal Action of**

**Political Status.     Th**e Release of the Default Case  to Plaintiff would be consistent with

Justice and Right, **or whot Ever the Honorable think is Right Constitutionly.  The Rights**

to **have the U.S. 10th District Court Ruled** Contracted Property  in Plaintiff's Possession is

Law; and **Right to have U.S. Marshal Service** to **Protect the Plaintiff Is Justified by the**

**WRIT's SERVICE**. Respondent JGZ actions  Violated Plaintiff Rights to the Constitutions

Protection.  The Defaulted Defendants S**hould be Evicted from**  the Federal Property, A

Patten is  due the Plaintiff.  U.**S. 10 District Court's Ruling should be Up held by the**

**WRIT.**

**Thus** , having no more Business before the Honorable ~~Lord Punchall~~
Plaintiff thank the Court.

🖋 /2021          Mis Majesty LORD PUNCHALL EXECUTIVE SU'I JU'RE

9/24/2021          ROYAL NUBIAN SUDAN GOVERNMENT EMBASST # 15
          702 WEST FIRST STREET
          DEMING,  NEW MEXICO 88030
          (575) 694-4385/punchardwilliamlord@gmail.com

I certify that I have mailed a Copy to all Defendants on Date___ 9/84/2021

~~Lord Punchall~~_____ EXECUTIVE SU'I JU'RE

LORD PUNCHALL